UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA H., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, <br><br> Defendant. | Case No.: 23cv2087-MMP <br><br> **ORDER RE AMENDED COMPLAINT** |

On November 10, 2023, Maria H. ("Plaintiff") filed this Social Security appeal pursuant to 42 U.S.C. § 405(g) of the Social Security Act, seeking judicial review of the administrative decision of the Commissioner of the Social Security Administration ("Defendant"), which denied Plaintiff's application for social security disability insurance (SSDI) and supplemental security income (SSI) benefits. [ECF No. 1.] That same day, Plaintiff filed a Motion for Leave to Proceed *In Forma Pauperis* ("IFP"). [ECF No. 2.]

On November 30, 2023, the Court granted Plaintiff's motion for leave to proceed IFP and conducted a mandatory *sua sponte* screening of the complaint pursuant to 28 U.S.C. § 1915(a). [ECF No. 4] The Court found Plaintiff had not satisfied Supplemental Rule 2(b)(1)(C), which specifically requires the complaint to state "the county of residence

of the person for whom benefits are claimed." Fed. R. Civ. P. Supp. Soc. Sec. R. 2(b)(1)(C). The Court granted Plaintiff leave to amend her complaint. [*Id.*]

On December 4, 2023, Plaintiff filed an Amended Complaint curing this deficiency. [ECF No. 5.] Accordingly, the Court finds Plaintiff's Amended Complaint sufficient to survive a § 1915(a) screening.

**IT IS SO ORDERED**.

Dated: December 7, 2023

HON. MICHELLE M. PETTIT
United States Magistrate Judge